IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SEMICONDUCTOR ENERGY LABORATORY CO., LTD., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD.; S-LCD CORPORATION; SAMSUNG ELECTRONICS AMERICA, INC.; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC; and SAMSUNG MOBILE DISPLAY CO., LTD., <br><br> Defendants and Counterclaim Plaintiffs. | CIVIL ACTION NO. 3:09-CV-00001-BBC <br><br> Hon. Barbara B. Crabb <br><br> Magistrate Stephen L. Crocker |

**RULE 41 STIPULATION OF DISMISSAL**

Plaintiff Semiconductor Energy Laboratory, Co., Ltd. ("Plaintiff"), on the one hand, and Defendants Samsung Electronics Co., Ltd., S-LCD Corporation, Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and Samsung Mobile Display Co. Ltd. (collectively "Defendants"), on the other hand, through their respective counsel of record, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and 41(c) that the above-entitled action, including any counterclaims, shall be dismissed in its entirety with prejudice with

each party to bear its own attorneys' fees and costs. The parties executing this stipulation are all the parties who have appeared in this action.

Dated:  May 18, 2010			QUARLES & BRADY LLP

					JENNER & BLOCK LLP

					By:   *s/ Terrence J. Truax*

					Donald R. Harris
					Terrence J. Truax
					Steven R. Trybus
					Jeffrey A. Koppy
					Joseph A. Saltiel
					JENNER & BLOCK LLP
					353 N. Clark Street
					Chicago, IL  60654-3456
					(312) 222-9350

					Anthony A. Tomaselli
					Kristin Graham Noel
					QUARLES AND BRADY LLP
					33 East Main Street
					Suite 900
					Madison, Wisconsin  53703
					(608) 283-2615

					Attorneys for Plaintiff Semiconductor Energy
					Laboratory Co., Ltd.

Dated:  May 18, 2010		BOARDMAN, SUHR, CURRY & FIELD LLP

O'MELVENY & MYERS LLP

By:  *s/ Brian M. Berliner*

Catherine M. Rottier, State Bar No. 1016342
Catherine Cetrangolo, State Bar No. 1036270
BOARDMAN, SUHR, CURRY
& FIELD LLP
1 South Pinckney Street, Fourth Floor
Madison, Wisconsin  53701
(608) 257-9521
(608) 283-1709 (Fax)
crottier@boardmanlawfirm.com

George A. Riley (griley@omm.com)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
(415) 984-8700
(415) 984-8701 (Fax)

Brian M. Berliner (bberliner@omm.com)
Ryan A. Yagura (ryagura@omm.com)
Nicholas J. Whilt (nwhilt@omm.com)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
(213) 430-6000
(213) 430-6407 (Fax)

Attorneys for Defendants and Counter-Plaintiffs
Samsung Electronics Co., Ltd.,
S-LCD Corporation, Samsung Electronics America,
Inc., Samsung Telecommunications America, LLC,
and Samsung Mobile Display Co., Ltd.